Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

# MEMORANDUM OPINION

No. 04-09-00221-CV

**IN THE INTEREST OF M.O.**, A Minor Child

From the 225th District Court, Bexar County, Texas
Trial Court No. 2003-EN5-06320
Honorable Delia E. Carian, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   July 8, 2009

DISMISSED

The clerk's record was due on April 13, 2009.  On April 28, 2009, this court ordered appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  Our order stated that if appellant failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).  Appellant did not respond to our order.  Also, a filing fee of $175.00 was due from appellant when this appeal was filed but was not paid.  *See* TEX. GOV'T CODE ANN. §§ 51.207(b)(1), 51.941(a)(1) (Vernon 2005); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME

COURT AND THE COURTS OF APPEALS (July 21, 1998) § B.1.(a). The clerk of the court notified appellant of this deficiency in a letter dated April 17, 2009. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay – at the time an item is presented for filing – whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Accordingly, on June 2, 2009, this court ordered appellant to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. We also ordered appellant to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). Our order informed appellant that if he failed to respond satisfactorily within the time ordered, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3. No response has been filed. Accordingly, this appeal is dismissed. Costs of appeal are taxed against appellant.

PER CURIAM